JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN, Washington Bar No. 54288
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE C. MALLONEE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:23-cv-00205-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

　　　　Defendant, the Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 16, filed on May 8, 2023), currently due on June 7, 2023, by 28 days, through and including July 5, 2023. Defendant further requests that all subsequent deadlines be extended accordingly.

　　　　This is Defendant's first request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload, as described below.  In the span of six workdays, Defendant's counsel has nine briefing deadlines, including this matter. In May 2023, counsel completed numerous

other briefing assignments, including two Ninth Circuit answering briefs. Although counsel has exercised due diligence, the requested additional time is necessary.

Additional time is required to review the record, to evaluate the issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On June 1, 2023, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including July 5, 2023.

Dated: June 1, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN

Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-2-2023 _____

# CERTIFICATE OF SERVICE

I, Michael J. Mullen, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Marc Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

Dated: June 1, 2023

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney