JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
MICHAEL J. MULLEN, Washington Bar No. 54288
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2748
Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSIE C. MALLONEE, | ) |
| Plaintiff, | ) Case No.: 2:23-cv-00205-VCF |
| | ) |
| v. | ) **UNOPPOSED MOTION FOR** |
| | ) **EXTENSION OF TIME** |
| | ) (***SECOND REQUEST***) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Defendant, the Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 16, filed on May 8, 2023), currently due on July 5, 2023, by 35 days, through and including August 9, 2023. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's second request for an extension of time.  Good cause exists for this extension due to Defendant's counsel's workload, as described below. The Office of the General Counsel is experiencing a workload surge. The undersigned counsel has five briefing deadlines in

three workdays next week. Although counsel has exercised due diligence managing his workload, the requested additional time is necessary.

Additional time is required to review the record, to evaluate the issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion.  Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On June 30, 2023, Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted a second extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including August 9, 2023.

Dated: June 30, 2023                      Respectfully submitted,

                                          JASON M. FRIERSON
                                          United States Attorney

                                          /s/ Michael J. Mullen
                                          MICHAEL J. MULLEN

                                          Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

                          7-7-2023
DATED: _____

2

**CERTIFICATE OF SERVICE**

I, Michael J. Mullen, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME (*SECOND REQUEST*)** on the date, and via the method of service, identified below:

**CM/ECF:**

Marc Kalagian
marc.kalagian@rksslaw.com
Attorney for Plaintiff

Leonard Stone
lstone@shookandstone.com
Attorney for Plaintiff

Dated: June 30, 2023

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant United States Attorney